# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

        **Debtor:** DIANE D TAGLIAVINI
        **Case Number:** 4:08-BK-03275-JMM     **Chapter:** 13
        **Date / Time / Room:** WEDNESDAY, AUGUST 12, 2009 02:15 PM   COURTROOM 430
        **Bankruptcy Judge:** JAMES M. MARLAR
        **Courtroom Clerk:** CINDY TURNBULL
        **Reporter / ECR:** BEVERLY GRANILLO

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY LOCATED AT 4069 E. STONEY MEADOW DR., TUCSON, AZ FILED BY HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MANA 2007-A2 .

    **R / M #:** 36 / 0

## Appearances:

CHERYL COPPERSTONE, APPEARING FOR ERIC SLOCUM SPARKS, ATTORNEY FOR DIANE D TAGLIAVINI
MAY LU, APPEARING FOR LEONARD J. MCDONALD, ATTORNEY FOR HSBC, APPEARING BY PHONE

## Proceedings:

MS. LU STATES THE DEBTOR WAS TRYING TO WORK OUT A LOAN MODIFICATION. SHE SENT IN THE WRONG DOCUMENTS, SO THERE IS NO LOAN MODIFICATION IN PLACE.

COURT: A FINAL HEARING WILL BE SET FOR SEPTEMBER 8, 2009 AT 11:30 A.M. (1 MIN.)