**THIS ORDER IS APPROVED.**

**Dated: September 21, 2009**



**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-06803/1351001848

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Diane D. Tagliavini<br>      Debtors.<br>_____<br>HSBC Bank USA, National Association as Trustee for MANA 2007-A2<br>      Movant,<br>  vs.<br>Diane D. Tagliavini, Debtors; Dianne C. Kerns, Trustee.<br>      Respondents. | No. 4:08-bk-03275-JMM<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #36) |

This matter having come before the Court for a Preliminary Hearing on September 8, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Eric Slocum Sparks, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated September 8, 2006, and recorded on September

19, 2006 in Docket 12892, Page 5477 , in the office of the Pima County Recorder at   wherein HSBC Bank USA, National Association as Trustee for MANA 2007-A2 is the current beneficiary and Diane D. Tagliavini have an interest in, further described as:

    Lot 263 of VALENCIA RESERVE SOUTH, a subdivision of Pima County, Arizona, according to the Map or Plat thereof of Record in the Office of the County Recorder of Pima County, Arizona, in Book 60 of Maps and Plats at Page 8 thereof.

    IT IS FURTHER ORDERED that Movant is not to conduct a Trustee Sale with respect to said real property until after September 22, 2009**.**

    DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT